Amrane Cohen, Trustee  
Orange City Square  
770 The City Dr. South, #3300  
Orange, CA  92868

Case#: 8:10-bk-16894-ES

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

### TRUSTEE'S SIX MONTH REPORT OF RECEIPTS AND DISBURSEMENTS
For the period from October 01, 2009 to September 30, 2010  
**Chapter 13 Case #: 8:10-bk-16894-ES**

Re:  **Mark David Johnson**  
**Danielle Nadeau Johnson**  
**7102 Stahov Ave.**  
**Westminster, CA  92683**

Attorney:  **GREGORY J DOAN**  
**25401 CABOT RD**  
**STE 119**  
**LAGUNA HILLS, CA  92653**

This case percentage to unsecured creditors is 100.00 %

## RECEIPTS FOR PERIOD

| Date | Source | Amount | Date | Source | Amount | Date | Source | Amount |
|---|---|---|---|---|---|---|---|---|
| Jul-10 | 1036632 | $1,627.00 | Jul-10 | 50000705409 | $1,627.00 | Jul-10 | 1135402201 | $1,336.46 |
| Jul-10 | 2201 POSTING EF | ($1,336.46) | Aug-10 | 60001059188 | $1,627.00 | Sep-10 | 60001073298 | $1,627.00 |

## CLAIMS STATUS AND DISTRIBUTIONS FOR THE PERIOD

| CLAIMANT NAME / Claim# | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
|---|---|---|---|---|---|---|---|
| **AMERICAN EXPRESS** | | | | | | | |
| 2 | Unsecured | | 1,071.37 | 100.00% | 0.00 | 0.00 | 1,071.37 |
| 3 | | | NOT FILED | | | | |
| **CALIFORNIA STUDENT AID COMM.** | | | | | | | |
| 1 | Unsecured | | 25,521.25 | 100.00% | 0.00 | 0.00 | 25,521.25 |
| **Chase** | | | | | | | |
| 22 | | | NOT FILED | | | | |
| **CHASE BANK USA** | | | | | | | |
| 4 | Unsecured | | 5,564.54 | 100.00% | 0.00 | 0.00 | 5,564.54 |
| **Chase Manhattan Mortgage** | | | | | | | |
| 5 | | | NOT FILED | | | | |
| **CR EVERGREEN, LLC** | | | | | | | |
| 27 | Unsecured | | 5,057.67 | 100.00% | 0.00 | 0.00 | 5,057.67 |
| **CREDIT MANAGEMENT** | | | | | | | |
| 8 | | | NOT FILED | | | | |
| **Danielle Nadeau Johnson** | | | | | | | |
| 28 | | | NOT FILED | | | | |

| CLAIMANT NAME | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Claim# | | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance |
| Disbursement Date | Check # | Type | Disbursement Amt | Disbursement Date | Check # | Type | Disbursement Amt | |
| **ECAST SETTLEMENT CORP** | | | | | | | | |
| 7 | | Unsecured | | 10,260.04 | 100.00% | 0.00 | 0.00 | 10,260.04 |
| **ELAN FINANCIAL SERVICE** | | | | | | | | |
| 9 | | Unsecured | | 3,168.84 | 100.00% | 0.00 | 0.00 | 3,168.84 |
| **Elan Financial Services** | | | | | | | | |
| 10 | | | | NOT FILED | | | | |
| **First Financial C U** | | | | | | | | |
| 11 | | Unsecured | | 9,957.40 | 100.00% | 0.00 | 0.00 | 9,957.40 |
| 29 | | Unsecured | | 6,426.44 | 100.00% | 0.00 | 0.00 | 6,426.44 |
| **GREGORY J DOAN** | | | | | | | | |
| 0 | | Admin | | NOT FILED | | | | |
| **Health One** | | | | | | | | |
| 13 | | | | NOT FILED | | | | |
| **Hsbc Bank** | | | | | | | | |
| 14 | | | | NOT FILED | | | | |
| **HSBC BANK NEVADA, N.A.** | | | | | | | | |
| 12 | | Unsecured | | 859.14 | 100.00% | 0.00 | 0.00 | 859.14 |
| **I C System** | | | | | | | | |
| 15 | | | | NOT FILED | | | | |
| **Law Offices of Edward Hess** | | | | | | | | |
| 16 | | | | NOT FILED | | | | |
| **Los Angeles County Tax Collector** | | | | | | | | |
| 17 | | | | SURRENDER | | | | |
| **NCO Financial Systems, Inc** | | | | | | | | |
| 18 | | | | NOT FILED | | | | |
| **Southern Ocean County Hospital** | | | | | | | | |
| 19 | | | | NOT FILED | | | | |
| **SPECIALIZED LOAN SERVICE** | | | | | | | | |
| 6 | | | | SURRENDER | | | | |
| **Superior Court of California** | | | | | | | | |
| 20 | | | | NOT FILED | | | | |
| **TOYOTA MOTOR CREDIT CORP.** | | | | | | | | |
| 21 | | | | PAY DIRECT | | | | |
| **U.S. DEPARTMENT OF EDUCATION** | | | | | | | | |
| 23 | | Unsecured | | 7,464.44 | 100.00% | 0.00 | 0.00 | 7,464.44 |

| CLAIMANT NAME | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| **Claim#** | | Class | Int Rate | Claim Amount | Percent to be paid | Principal Paid | Interest Paid | Principal Balance | |
| **Disbursement Date** | **Check #** | **Type** | **Disbursement Amt** | | **Disbursement Date** | **Check #** | **Type** | **Disbursement Amt** | |
| **Villaggio Homeowners Association** | | | | | | | | | |
| 24 | | | | NOT FILED | | | | | |
| **Wachovia Dealer Services** | | | | | | | | | |
| 25 | | | | NOT FILED | | | | | |
| **WELLS FARGO DEALER SERVICES, INC** | | | | | | | | | |
| 26 | | | | PAY DIRECT | | | | | |

## SUMMARY TOTALS TO DATE

Summary of all receipts and disbursements from the date the case was filed, to and including: 09/30/2010

Receipts: $6,508.00   Paid to Claims: $0.00   Attorney Fees: $0.00   Funds on Hand: $6,508.00   Trustee Fees: $0.00

Plan Base: * $0.00        Base Balance: ** $0.00

* **NOTE:** The Debtor(s)must pay the greater of the principal balance or the base balance to qualify for a discharge. To calculate the plan balance approximately, total all the amounts in the Principal Balance column. This total does not include any interest that may accrue from the time of the report to the time of the last disbursement in the case.

** **NOTE:** Base Balance does not represent the payoff amount for your case. However, it does represent the minimum amount that you must pay into the case to qualify for a discharge.

**NOTE:** Please remember to submit your tax refunds, if required, or proof that you had no refund for each year. Failure to submit this information will delay the discharge process of your case.

**NOTE: Our office offers you the ability to make your payments through automated check withdrawal; call (714) 621-0200 for more details.**

If your case was confirmed with a dividend of less than 100%, you must provide copies of your tax returns to the trustee within 15 days of filing. Failure to provide these tax returns may result in dismissal or a challenge to your discharge. Tax refunds received by Debtor(s) are usually pledged to the plan.

Our office provides free financial management courses which are required to obtain a discharge if your case was filed after April 2005. Please call our office to reserve a spot at our next session.

If the source for any of your payments starts with SUSP that means the payment so identified was mailed to office or lockbox with insufficient or no case number and debtor name on the face of the check and had to be deposited in the suspense account and manually credited to your case. Amounts in the suspense account are not considered in calculating your delinquency and will result in a motion to dismiss from the trustee for failure to make payments. If you have lost our guidelines for making plan payments, provided to you at the 341(a) meeting, please call the office at (714)621-0200 to obtain a new copy.