Gregory J. Doan SBN 165174
Anthony B. Vigil SBN 259597
Doan Law Firm, LLP
635 Camino de Los Mares, Suite 100
San Clemente, CA 92673
anthony@doanlawfirm.com

Tel    (949) 472-0593
Fax    (949) 472-5441

Attorney for Debtors

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In Re:<br><br>    Mark David Johnson<br><br>and<br><br>    Danielle Nadeau Johnson<br><br><br>    Debtors. | Case No.: 8:09-bk-16894-ES<br><br>APPLICATION FOR SUPPLEMENTAL FEES<br><br>NO HEARING REQUIRED |

TO THE HONORABLE ERITHE A SMITH, AMRANE COHEN, CHAPTER 13 TRUSTEE, and all other interested parties:

    Applicant is counsel of record for the above-named Debtors at the time the services to this fee application were performed. Fees are being requested at the confirmation hearing in the amount of $4,000.00. Supplemental fees have been awarded as follows: -$0- . Total fees requested to date: $4,000.00. Additionally pending supplemental fee applications amount to -$0-.

    While working toward or since confirmation of said Plan, Application has performed certain extraordinary services at the request of Debtor as follows:

| Date: | Activity | Time |
|---|---|---|
| 01/05/11 | Drafted, e-filed, and served Notice of Motion and Motion to Modify or Suspend Plan Payments (Anthony B. Vigil, Esq.) | 1 hr. |
| 01/24/11 | Drafted, e-filed, and served Declaration re: Entry of Order Without Hearing Pursuant to LBR 9013-1(o) | .7 hrs |
| 01/24/11 | Drafted, uploaded and served Order on Motion to Modify | .5 hrs |
| 02/04/11 | Drafted, e-filed, served and uploaded Supplemental Fee Application | .4 hrs |

The reasonable value of said services at $350/hr is $ 910.00 of which -$0- has been paid.

WHEREFORE, your Applicant prays that an allowance be made in the sum of $910.00 .

Dated: 02/07/2011                    **DOAN LAW FIRM, LLP**

By:    /s/ Gregory J. Doan
       Gregory J. Doan
       Attorney for Debtors

| | |
|---|---|
| In re:<br>Johnson, Mark & Danielle | CHAPTER: **13**<br>CASE NUMBER: 8:10-bk-16894-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
 635 Camino de los Mares, Ste 100, San Clemente, CA 92673

The foregoing document described    **APPLICATION FOR SUPPLEMENTAL FEES**    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  **02/07/11**    I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**Amrane (SA) Cohen (TR)**: efile@ch13ac.com
**United States Trustee (SA)**: ustpregion16.sa.ecf@usdoj.gov

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  **02/07/11**    I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Erithe A. Smith
411 West Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

Mark & Danielle Johnson
7102 Stahov Ave.
Westminster, CA 92683

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 02/07/11 | **Alicia Thompson** | *Alicia Thompson* (signature) |
|---|---|---|
| *Date* | *Type Name* | *Signature* |